UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 00C 3177 |
| ) | |
| v. ) | Magistrate General |
| ) | |
| THOMAS J. CONDON, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

The plaintiff, United States of America, by Scott R. Lassar, United States Attorney for the Northern District of Illinois, brings this action against the defendant, Thomas J. Condon, and for its cause of action states:

1. This court has jurisdiction under the provisions of 28 U.S.C. § 1345.

2. The defendant resides at 10534 South Maplewood Avenue, Chicago, Illinois 60655-1102 within the jurisdiction of this court.

3. Pursuant to the provisions of Title IV-D of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1087a et seq., and regulations promulgated thereunder 34 C.F.R. Part 685, the defendant executed promissory note(s) as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit "A". A copy of the note(s) is attached hereto as Exhibit "B".

4. There remains due and owing on said note(s) the principal sum of $9,029.67, with interest at 8.98% per annum from date of default.

5. Due demand has been made upon the defendant for payment.

WHEREFORE, plaintiff demands judgment against the defendant as follows:



a. in the amount of $9,458.38 ($9,029.67 principal and $428.71 interest accrued through April 18, 2000 and administrative/penalty charges of $.00);

b. interest to accrue at the rate of 8.98% per annum from April 18, 2000 to date of judgment;

c. interest from the date of judgment at civil post-judgment interest rate in effect on the date of judgment pursuant to 28 U.S.C. §1961 until paid in full;

d. costs of suit; and

e. for such other proper relief as this court may deem just.

Respectfully submitted,

SCOTT R. LASSAR
United States Attorney

By: *[signature]*
MICHELE SCHROEDER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-886-0666

2

## U. S. DEPARTMENT OF EDUCATION
### SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Thomas J. Condon
10534 South Maplewood
Chicago, IL 60655
SSN:

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated below plus additional interest from 4/18/00.

On or about 10/3/96, the borrower executed promissory note(s) to secure the loan(s) of $9,085.00. The loan was made by the Department under The William D. Ford Federal Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note(s), and the borrower defaulted on the obligation on 3/9/97. The Department has credited $2,269.64 from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $9,029.67 |
| Interest: | $428.71 |
| Administrative/Collection Costs: | $0.00 |
| Penalties: | $0.00 |
| Total Debt as of 4/18/00: | $9,458.38 |

Interest accrues on the principal shown here at the rate of 8.98% per annum and a daily rate of $2.22.

Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

4/18/00
Date

Joan Dyer
Loan Analyst
Litigation Branch

Joan Dyer
Loan Analyst


GOVERNMENT EXHIBIT A

# Direct Loans
**William D. Ford Federal Direct Loan Program**
U.S. Department of Education

IMAGE-RECORDS DEC 30 1996

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

OMB No. 1
Form Appr.
Exp. Date 1

**105 Federal Direct PLUS**
**Application and Promissory**

## Section A: To Be Completed By Borrower

**1. Name (last, first, middle initial) and Permanent Address (street, city, state, zip code)**
Condon, Thomas J
11400 S Washtenaw Ave
Chicago, IL 60655-1922

**2. Social Security Number:** 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

**3. Date of Birth:** 03-24-51

**4. Permanent Area Code/Telephone Number:** (312) 445-3139

**5. Driver's License Number (list state abbreviation first):** IL C535-8305-1086

**6. U.S. Citizenship Status:** 1 ☒ U.S. citizen or national

**7. Loan Amount Requested:** $ 9085

**8. Loan Period Requested:** From: 08/26/96 To: 05/16/97

**9. References:**
1. Elizabeth Condon, 9350 S. Leavitt, Chgo IL 60620, (312) 239-6222
2. Kathleen Robinson, 180 Cool Stone Bend Rd, Lake in the Hills, IL, (847) 854-7059

**10. Employer's Name:** Circuit Court of Cook County
**11. How many years with this employer?** 10
**12. Employer's Address:** 16501 S. Kedzie, Markham, IL
**13. Employer's Area Code/Telephone Number:** 708-210-4170
**14. Are you currently in default on a federal education loan...?** ☒ No

## Section B: To Be Completed By Student

**15. Name:** Condon, Thomas J
**16. Date of Birth:** 02/18/74
**17. Social Security Number:** 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
**18. U.S. Citizenship Status:** 1 ☒ U.S. citizen or national
**19. Are you currently in default...?** ☒ No

**20. Signature of Student:** [signed] Thomas J Condon
**21. Date:** 12/20/96

## Section C: To Be Completed By School

**22. School Name:** University of Iowa
**23. School Code/Branch:** G01892
**24. Address:** 208 Calvin Hall, Iowa City, IA 52242
**25. Loan Period Approved:** From: 08/26/96 To: 05/16/97
**26. Certified Loan Amount:** $ 9085
**27. Recommended Disbursement Date(s):** 1st 08/26/96   2nd 01/21/97   3rd ___   4th ___

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory

Note. My signature on this Promissory Note will serve as my authorization for proceeds to be credited to the student account of the school identified in Section C.

Under penalty of perjury, I certify that the information (Section A) of this Promissory Note is true and accurate for authorized educational expenses of the student named specified loan period. I authorize the Secretary to investigate my credit record and report information collected and organizations.

**GOVERNMENT EXHIBIT B**

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY
[signed] Thomas J Condon  10/3/96

**28. Loan Identification Number(s):** 340766237-P-97-G01892-1-01  01

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** UNITED STATES OF AMERICA

County of Residence:

Plaintiff's Atty: Michele Schroeder
Assistant U.S. Attorney
219 S. Dearborn, 5th Fl.
Chicago, IL 60604
312-886-0666

**Defendant(s):** THOMAS J. CONDON, 10534 South Maplewood Avenue, Chicago, IL 60655-1102

County of Residence: COOK

Defendant's Atty:

00C 3177
MAGISTRATE GENERAL

**II. Basis of Jurisdiction:** 1 U.S. Gov't Plaintiff

**III. Citizenship of Principle Parties (Diversity Cases Only)**
Plaintiff: - N/A
Defendant: - N/A

**IV: Origin:** 1. Original Proceeding

**V: Nature of Suit:** 152 Student Loan - non VA

**VI: Cause of Action:** Dept. of Education defaulted student loan pursuant to Title IV-D of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1087a et seq

**VII: Requested in Complaint**
Class Action: No
Dollar Demand: $9,458.38
Jury Demand: No

**VIII.** This case **is not** a refiling of a previously dismissed case. (If yes case number ___ by Judge ___)

Signature: *MSchroeder*

Date: 5/24/00

Revised: 03/10/99